

FILED
2008 Jul-15 PM 01:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| JACKIE HORNER, | ) ) ) |
| Plaintiff-Intervenor, | ) ) ) |
| v. | ) ) ) |
| HEALTHCARE SERVICES GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION NUMBER:
2:07-CV-01770-WMA

CONSENT DECREE *SUBSTITUTING FOR DISMISSAL OF JULY 14, 2008*

This action was instituted by the U.S. Equal Employment Opportunity Commission ("the EEOC" or "the Commission") on September 27, 2007 against Healthcare Services Group, Inc., ("Healthcare Services") to enforce provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq., ("Title VII"), and the Civil Rights Act of 1991, 42 U.S.C. §1981a, and alleging sex discrimination. The Commission's Complaint alleges that Defendant discriminated against Jackie Horner because of her sex when it discharged her because she was pregnant. Healthcare Services denies all allegations of unlawful or wrongful conduct raised in the Commission's Complaint and nothing stated in this Decree constitutes an admission of liability or wrongdoing on the part of Healthcare Services

The parties do not object to the jurisdiction of the Court over this action and waive their rights to a hearing and the entry of findings of fact and conclusions of law. Venue is appropriate

1

in the Northern District of Alabama. The parties agree that this Consent Decree is fair, reasonable, and does not violate the law or public policy. The rights of Jackie Horner, Healthcare Services and the Commission, under Title VII, are protected by this Decree.

In the interest of resolving this matter, and avoiding the expense of further litigation, and as a result of having engaged in comprehensive settlement negotiations, the Commission, Jackie Horner and Defendant have agreed that this action should be finally resolved by entry of this Consent Decree.

IT is **ORDERED, ADJUDGED, AND DECREED**:

1. The Court has jurisdiction over the subject matter of this action and of the parties hereto.

2. This Consent Decree resolves, without limitation, all claims arising out of the issues between the Commission and Healthcare Services of back pay, compensatory and punitive damages, injunctive relief, costs, and attorney fees.

3. This Consent Decree, and any provision herein regarding Healthcare Services, applies to Healthcare Services and to its officers, and agents.

4. This Decree expires without further action of the parties twenty four (24) months after the date of the entry of this Decree, unless there is pending at that time a complaint to the Court alleging violation of the terms of this Decree.

5. Defendant and its officers, agents, employees, successors, assigns and all persons in active concert or participation with it agree and acknowledge that it is unlawful to: (a) alter the terms, conditions and privileges of any employee's employment because of sex, including pregnancy, to the extent prohibited by Federal law; and (b) retaliate against any employee because he or she: (i) opposes or opposed sex, including pregnancy, discrimination made unlawful by Title VII; (ii) files or filed a charge of sex, including pregnancy, discrimination or

retaliation, or assists, assisted, participates or participated in the filing of a charge of sex discrimination or retaliation; or (iii) assists, assisted, participates or participated in an investigation or proceeding brought under the federal or state laws prohibiting sex discrimination or retaliation.

## MONETARY RELIEF

6.      Healthcare Services shall pay by check, cashier's check or money order, the total amount of $21,000.00 to Jackie Horner within ten (10) business days from the date of the entry of this Consent Decree. Healthcare Services will issue applicable United States Internal Revenue Service Forms to Jackie Horner for this payment.

7.      All payments provided for in paragraph six (6) of this Consent Decree shall be mailed, by certified mail, directly to Adam Morel, attorney for Plaintiff Intervenor Jackie Horner, at 517 Beacon Parkway West, Birmingham, AL 35209. Within three (3) business days of the issuance of the check, Healthcare Services shall submit a copy of the check and related correspondence to EEOC's Regional Attorney at the following address:

> Equal Employment Opportunity Commission
> Birmingham District Office,
> Ridge Park Place,
> 1130 22nd Street, South, Suite 2000
> Birmingham, AL 35205

8.      Healthcare Services shall not condition the receipt of this individual relief on Ms. Jackie Horner's agreement to (a) waive her statutory right to file a charge with any federal anti-discrimination agency for matters unrelated to the instant action, or (b) waive her right to apply for a position with Healthcare Services or any other Healthcare Services entity.

## OTHER RELIEF

### Notice Posting

9.  Healthcare Services will post, for the duration of this Consent Decree, in a prominent place frequented by its employees at the Pell City, Alabama facility, the notice attached as Attachment A in the same type, style, and size as Attachment A.

### Personnel Records

10.  To the extent necessary, Healthcare Services shall expunge from all personnel files of Jackie Horner in the possession and control of Healthcare Services (a) any and all documents and references related to the charge and allegations of discrimination that formed the basis of this action; (b) any and all documents and references related to Jackie Horner's participation in this action; (c) any and all documents and references related to Defendant's enunciated reasons for Jackie Horner's termination; and (d) any and all derogatory documents and references, including alleged performance deficiencies, relating to any matter occurring while Jackie Horner was employed at Healthcare Services

### Policies and Procedures

11.  Within thirty (30) days of the entry of this Consent Decree, Healthcare Services will create or revise, disseminate to all employees at the Pell City, Alabama facility, and implement written policies and procedures concerning pregnancy based sex discrimination, to ensure that the work environment at the Pell City, Alabama facility is free from pregnancy based sex discrimination. Within ten (10) days after the first dissemination of the policies and procedures, Healthcare Services shall submit said policies and procedures to the Regional Attorney of the EEOC's Birmingham District Office at the address set forth above.

12.  The written policies and procedures must include at a minimum:

    a. A strong and clear commitment to a workplace free of pregnancy based sex discrimination;

    b. A strong and clear statement to encourage persons who believe they have been subjected to pregnancy based sex discrimination to come forward;

    c. A description of the consequence, up to and including termination, that will be imposed upon violators of Title VII and Healthcare Services' anti-discrimination policy as it relates to pregnancy based sex discrimination;

    d. A promise of maximum feasible confidentiality for persons who allege or file a complaint of pregnancy based sex discrimination in Healthcare Service's workplace;

    e. An assurance of non-retaliation for persons who allege or file a complaint of pregnancy based sex discrimination, in Healthcare Service's workplace;

    f. A statement that pregnancy based sex discrimination is prohibited and will not be tolerated from or by employees, managers, supervisors, or third party contractors.

13. Eliminate all policies and practices that treat pregnant employees less favorably or more restrictively than non-pregnant employees.

## Training

14. Within three (3) months of the date of entry of this Consent Decree, and annually during the period of this Decree, Healthcare Services shall provide live, in person training on Title VII for all employees, managerial and non-managerial, at the Pell City facility.

15. The annual training shall be at least one (1) hour in length. The training shall include the following topics:

    a. An overview of Title VII generally and of Healthcare Services' obligations under

       Title VII with respect to both sex discrimination generally and pregnancy in particularly;

b. Healthcare Services' policies and procedures regarding sex discrimination, including pregnancy.

c. Healthcare Services shall provide a trainer(s) who is knowledgeable about all of the subjects of the training, to conduct the training. Healthcare Services shall report the names(s), address(es), telephone number(s), and resume(s) of the trainer(s), together with the training dates and a copy of the training materials, to the Regional Attorney of the EEOC's Birmingham District Office at the address above, within thirty (30) days of the entry of this Consent Decree. The training shall include some interactive component. EEOC staff shall be allowed to attend the training and provide follow-up feedback on its compliance with the spirit of the Decree.

16.     In order to give all specified employees the opportunity to take the training, training maybe be held on multiple dates. A signed registry of attendance shall be kept and retained by Healthcare Services for the duration of this Consent Decree, and shall be provided to the Regional Attorney of the Birmingham District Office of the U.S. Equal Employment Opportunity Commission at the address set out above. .

## Record Keeping and Reporting

17.     Healthcare Services shall maintain all records related to or concerning implementation of this Consent Decree for the entire term of the Consent Decree.

18.     Healthcare Services shall report to the Commission in writing, within six (6) months from the date of entry of this Consent Decree and annually thereafter regarding its

compliance with the specific terms of the Consent Decree, by sending the report to the Regional Attorney of the EEOC's Birmingham District Office at the address above. In addition to the reporting requirements set forth above, the report shall include the following:

    a. Copies of any revisions to Healthcare Services' policies and procedures on sex discrimination, including pregnancy.

    b. Copies of signed registries reflecting which employees at the Pell City, Alabama facility have completed training; and

    c. Confirmation that (i) the Notice was posted, with a description of the location where it was posted; and (ii) the training was held.

    d. Healthcare Services shall bear its own costs in conjunction with the maintenance of records and preparation of reports required by this Consent Decree.

## Procedures and Remedies for Non-Compliance

19. The Court shall retain jurisdiction over this action for the duration of the Consent Decree. During this time, the Commission may petition this Court to order Healthcare Services to comply with the Consent Decree or to take such action as will effectuate the intent of this Decree.

20. In the event the Court finds that Healthcare Services has violated this Consent Decree, the Court may order reasonable relief to remedy the non-compliance, including attorney's fees, daily penalties, appropriate injunctive relief, and extension of this Consent Decree for such period as may be necessary to remedy its non-compliance.

## Force and Effect

21. The parties agree to the entry of this Consent Decree subject to final approval by the Court.

22. If any provisions(s) of this Consent Decree are found to be unlawful, only the specific

provisions(s) in question shall be affected and the other provisions shall remain in full force and effect.

23.     This Court shall retain jurisdiction over this action for a period of twenty-four (24) months after entry of the Consent Decree. Absent further extension by the Court, the Consent Decree shall expire at the end of thirty-six months without further action by the parties.

### Costs and Fees

24.     The Parties will bear their own costs, expenses and attorney fees.

So ORDERED this the ___15th___ day of ___July___, 2008.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE


APPROVED AND CONSENTED TO BY:

ATTORNEYS FOR PLAINTIFF EEOC

_____
C. Emanuel Smith
Regional Attorney

_____
Julie S. Lee
Supervisory Trial Attorney

_____
Debra Hawes Crook
Senior Trial Attorney

Equal Employment Opportunity
Commission
Birmingham District Office
Ridge Park Place, Suite 2000

1130 22nd Street South
Birmingham, AL 35205


ATTORNEY FOR PLAINTIFF-INTERVENOR

_____
Mr. Adam P. Morel
Law Offices of Adam P. Morel
517 Beacon Parkway West
Birmingham, AL 35209

ATTORNEYS FOR DEFENDANT

_____
Mr. Jeffrey L. Braff
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103


_____
Mr. Mac Greaves
Burr & Forman, L.L.P.
420 North 20th Street, Suite 3400
Birmingham, AL 35203

_____


Dated this _____ day of _____, 2008.

## EXHIBIT A

### NOTICE TO ALL EMPLOYEES OF
### HEALTHCARE SERVICES GROUP, INC.

It is unlawful under Title VII of the Civil Rights Act of 1964 to discriminate against an employee on the basis of sex, including pregnancy, in the recruitment, hiring, firing, compensation, assignment, or other terms, conditions or privileges of employment. It is also unlawful to retaliate against a person because the person opposed discriminatory practices or contacted the EEOC with complaints of discrimination.

Healthcare Services Group, Inc. will not discriminate against any employee on the basis of sex, including pregnancy, and will not retaliate against any employee who opposes discriminatory practices or contacts EEOC with complaints of discrimination.

If you believe you (or another employee) have been subjected to sex, including pregnancy, discrimination or retaliation, during the course of your employment with Healthcare Services Group, Inc., you may file a complaint/seek assistance from Healthcare Services Group, Inc.'s (*Human Resources Department*), or any supervisor or manager. You may also file a complaint/seek assistance from (*insert person/position identified as agency EEO representative in the Consent Decree*). Employees are encouraged to read Healthcare Services Group Inc.'s anti-discrimination policy to understand your protections and responsibilities.

If you believe you (or another employee) have been subjected to discrimination or retaliation, you also have the right to seek assistance from: the United Stated Equal Employment Opportunity Commission. If you believe you are being subjected to discrimination, you have the right under law to file a charge with the EEOC. EEOC's contact information is set out below:

> EEOC
> Ridge Park Place
> 1130 – 22nd Street, South 2000
> Birmingham, Alabama 35205
> Telephone: (205) 212-2100
> TTY: (205) 212-2113
> Website (national): www.eeoc.gov

### NO RETALIATION CLAUSE

No action may be taken against you by any supervisory or management official of Healthcare Services Group, Inc. for (1) opposing discriminatory practices made unlawful by federal law, (2) filing a charge or assisting or participating in the filing of a charge of discrimination, or (3) assisting or participating in an investigation or proceeding brought under Title VII. Should any such retaliatory actions be taken against you, you should contact the EEOC at the address and telephone number listed above.

THIS NOTICE MUST BE POSTED UNTIL _____, _____.

1